TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00096-CV

Billy Wayne Green, Appellant

v.

James Collins, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 95-03399, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Because appellant Billy Wayne Green's notice of appeal was not timely filed, we
will dismiss this appeal for want of jurisdiction. See Tex. R. App. P. 26.1(a)(3).

 Appellant filed a timely motion to reinstate in the trial court. The time to perfect
appeal was automatically extended to ninety days after the trial court's November 9, 1998,
judgment, or February 8, 1999. See id. A motion to extend the time to perfect appeal was due
in this Court within fifteen days thereafter. See id. 26.3. The Notice of Appeal was not filed until
March 2, 1999. 

 By letter dated March 10, 1999, the Clerk of this Court informed all parties that
the Notice of Appeal did not appear to have been timely filed, and offered appellant the
opportunity to tender a motion supported by proof of appellant's good faith and provide a
reasonable explanation for filing the notice of appeal late by March 25, 1999. Otherwise, the
appeal could be dismissed. See id. 42.3.

 Appellant filed Appellant's Motion to Permit the Act to be Done, together with
Appellant's Motion to File Single Copy of Motion to Permit the Act to be Done, on March 24,
1999. Appellant's Motion to Permit the Act to be Done fails to show proof of timely mailing the
notice of appeal pursuant to Texas Rule of Civil Procedure 5. See also Tex. R. App. P. 9.2(b). 
Furthermore, appellant fails to provide a reasonable explanation for filing the notice of appeal late.

 Accordingly, we overrule the Appellant's Motion to Permit the Act to be Done, and
dismiss this appeal for want of jurisdiction. Appellant's Motion to File Single Copy of Motion to
Permit the Act to be Done is dismissed as moot.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed for Want of Jurisdiction

Filed: April 8, 1999

Do Not Publish